**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Terry L. Sutton, | : | Chapter 7 |
| Rebecca J. Sutton, | : | |
| Debtors | : | Bankruptcy No. 24-112425-PMM |

**CERTIFICATE OF SERVICE**

    I, Brenna H. Mendelsohn, hereby certify that on this 9th day of August 2024, I served, or caused to be served, a true and correct copy of the new date and time of Debtor's 341 meeting which was continued to September 12, 2024 at 4:00 p.m. upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 7 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

                                                                                            Respectfully Submitted,

Dated: August 9, 2024                      By:     /s/ *Brenna H. Mendelsohn*
                                                                                              Brenna H. Mendelsohn, Esquire