United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Terry L. Sutton, Jr  
Rebecca J. Sutton  
    Debtors

Case No. 24-12425-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Oct 25, 2024     Form ID: 318     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry L. Sutton, Jr, Rebecca J. Sutton, 14 Terry Court, Douglassville, PA 19518-1534 |
| 14906645 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |
| 14906647 | + | Ridge Pike Dental Care, 1835 Ridge Pike, Royersford, PA 19468-2818 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 26 2024 01:13:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2024 01:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14906634 | + | EDI: SYNC | Oct 26 2024 04:26:00 | Amazon.com, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14906635 | + | EDI: CAPITALONE.COM | Oct 26 2024 04:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14906637 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 26 2024 01:14:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14906638 | + | EDI: CITICORP | Oct 26 2024 04:32:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14906639 | + | EDI: CITICORP | Oct 26 2024 04:32:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14906640 | + | EDI: WFNNB.COM | Oct 26 2024 04:32:00 | Comenity Capital/Dell, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14906641 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 26 2024 01:14:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14906642 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 26 2024 01:14:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 14906643 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 26 2024 01:13:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14906636 | | EDI: JPMORGANCHASE | Oct 26 2024 04:26:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14906644 | + | EDI: LENDNGCLUB | Oct 26 2024 04:26:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 14906646 | | EDI: PRA.COM | Oct 26 2024 04:32:00 | Portfolio Recovery Assoc. LLC, PO Box 12914, |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 14906648 | + EDI: SYNC | | Oct 26 2024 04:26:00 | Syncb/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14906649 | + EDI: SYNC | | Oct 26 2024 04:26:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14906650 | + EDI: SYNC | | Oct 26 2024 04:26:00 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14906651 | + EDI: USAA.COM | | Oct 26 2024 04:26:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Rebecca J. Sutton tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Terry L. Sutton Jr tobykmendelsohn@comcast.net |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONS LENDING CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Terry L. Sutton Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9107<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebecca J. Sutton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6620<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   24–12425–pmm

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Terry L. Sutton Jr                                       Rebecca J. Sutton

10/24/24                                                 **By the court:**   Patricia M. Mayer
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**